14 So.2d 564

## LOUISVILLE & NASHVILLE RAILROAD CO. v. Annie L. RICHARD.

### I Div. 199.

Supreme Court of Alabama.

June 30, 1943.

Smith, Hand & Arendall, of Mobile, for the petition.

Bart B. Chamberlain, Jr., and Wm. G. Caffey, both of Mobile, opposed.

THOMAS, Justice.

Petition of the Louisville & Nashville Railroad Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Louisville & N. R. Co. v. Richard, 14 So.2d 561.

Writ denied.

GARDNER, C. J., and BROWN and LIVINGSTON, JJ., concur.